UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Yunyun LONG,

                                    Petitioner,

v.

Jeremy CASEY, et al.,

                                    Respondents.

Case No.:  26-cv-1885-AGS-BJW

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Yunyun Long seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free her from immigration detention. In the government's return, it concedes that "[p]etitioner appears to be a member Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025)." (ECF 4, at 2.) Respondents thus "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases" and "do not oppose an order from this Court directing a bond hearing." (*Id.*)

The habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. By **April 17, 2026**, respondents must provide Long a bond hearing before an immigration judge.

Dated:  April 3, 2026

_____
Hon. Andrew G. Schopler
United States District Judge